WO

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernardo Cruz Meza, | No. CV-07-1220-PHX-GMS (DKD) |
| Petitioner, | **ORDER** |
| v. | |
| Schroeder, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus and United States Magistrate Judge Duncan's Report and Recommendation ("R&R"). Dkt. ## 1, 24. The R&R recommends that the Court deny the Petition and dismiss with prejudice. Dkt. # 24 at 12. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 12 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The

Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Duncan's R&R (Dkt. # 24) is **ACCEPTED**.

2. Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall **TERMINATE** this action.

4. Certificate of Appealability and leave to proceed in forma pauperis on appeal is **DENIED**.

DATED this 30th day of March, 2010.

G. Murray Snow
United States District Judge